John I. Henley
Bar No. 5-1947
Vlastos, Henley & Drell, P.C.
300 South Wolcott, Suite 320
P.O. Box 10
Casper, WY 82602-0010
Phone (307) 235-6613   Fax (307) 235-6645

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KATRINA LUCERO and<br>ELYSSIA LUCERO and<br>ISAAC LUCERO, by and through their next<br>Friend, guardian and Mother, KATRINA LUCERO<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INSURANCE COMPANY of<br>WISCONSIN<br>and<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br><br>Defendants. | Case No.: 10-CV-1480 |

## PLAINTIFF'S STIPULATION TO DISMISS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
## AND
## NOTIFICATION OF SETTLEMENT WITH VIKING INSURANCE COMPANY

**COMES NOW** the Plaintiffs, by and through Counsel John I. Henley of Vlastos, Henley & Drell, P.C., give the Court notice that a Settlement has been reached between the Plaintiffs and Viking Insurance Company of Wisconsin.

An Order between the Plaintiffs and Viking Insurance Company will be sent to the Court pursuant to the local rules.

The Plaintiffs stipulate that State Farm Mutual Automobile Insurance Company may be dismissed without prejudice.

A copy of the proposed Stipulated Order has been sent to State Farm's counsel Julie Nye Tiedken, of McKellar Tiedeken & Scoggin, LLC.

**DATED** this  1st  day of September, 2010.

KATRINA LUCERO,
ELYSSIA LUCERO
and ISAAC LUCERO,
Plaintiffs

_____
John I. Henley
VLASTOS, HENLEY & DRELL, P.C.
Bar No. 5-1947
300 South Wolcott, Suite 320
P.O. Box 10
Casper, Wyoming 82602
Phone (307) 235-6613    Fax (307) 235-6645

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above and foregoing document upon all parties on the  1st  day of September, 2010, by mailing the copies by U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Richard G. Schneebeck<br>Hirst Applegate, LLP<br>1720 Carey Avenue, Suite 200<br>Cheyenne WY 82003 | [ ] U. S. Mail -Certified Mail<br>[ ] U.S. Mail<br>[ ] Federal Express<br>[ ] Hand Delivery<br>[✓] E filing |
| Julie Nye Tiedken<br>McKellar Tiedeken & Scoggin, LLC<br>702 Randall Avenue<br>Cheyenne WY 82003 | [ ] U. S. Mail -Certified Mail<br>[ ] U.S. Mail<br>[ ] Federal Express<br>[ ] Hand Delivery<br>[✓] E filing |

_____
John I. Henley