**RICHARD G. SCHNEEBECK**
**JEFFREY M. BOLDT**
HIRST APPLEGATE, LLP
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003
(T) 307-632-0541
Fax 307-632-4999
rschneebeck@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KATRINA LUCERO and<br>ELYSSIA LUCERO and<br>ISAAC LUCERO, by and through their next<br>Friend, Guardian and Mother, KATRINA LUCERO,<br><br>Plaintiff,<br><br>vs.<br><br>VIKING INSURANCE COMPANY OF<br>WISCONSIN<br>And<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>Defendants. | Civil No. 10-CV-148D |

## STIPULATED MOTION FOR DISMISSAL OF VIKING INSURANCE COMPANY OF WISCONSIN WITH PREJUDICE

Plaintiffs Katrina Lucero, Elyssia Lucero and Isaac Lucero, by and through their next Friend, Guardian and Mother, Katrina Lucero (collectively, the "Plaintiffs"), by counsel and Viking Insurance Company of Wisconsin ("Viking"), by counsel, submit the following Motion for dismissal of Viking, with prejudice. In support of their Motion, Plaintiffs and Viking state that they have settled their dispute and agree that Plaintiffs' claims against Viking should be dismissed with prejudice.

Wherefore, Plaintiffs Katrina Lucero, Elyssia Lucero and Isaac Lucero, by and through their next Friend, Guardian and Mother, Katrina Lucero, and Viking Insurance Company of Wisconsin move for the dismissal of Viking Insurance Company of Wisconsin from this action with prejudice, each party bearing its own costs of action. A proposed order is attached for the Court's convenience and will be submitted electronically pursuant to the local rules of the Court.



-2-

Dated: October 13, 2010.

KATRINA LUCERO, ELYSSIA LUCERO
and ISAAC LUCERO, Plaintiffs

BY: _____
**JOHN I. HENLEY, # 5-1947**
OF VLASTOS, HENLEY & DRELL, P.C.
Attorneys for Above-Named Plaintiffs
300 South Wolcott, Suite 320
P.O. Box 10
Casper, WY 82602
(307) 235-6613

VIKING INSURANCE COMPANY OF
WISCONSIN, Defendant

BY: _____
**RICHARD G. SCHNEEBECK, #5-2395**
**JEFFREY M. BOLDT, #7-4730**
OF HIRST APPLEGATE, LLP
Attorneys for Above-Named Defendant
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
rschneebeck@hirstapplegate.com